AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ⎯⎯⎯ Massachusetts ⎯⎯⎯

WILLIAM RYAN, TRUSTEE, International
Union of Operating Engineers Local 4 Health
and Welfare Fund, ET ALS.

V.

MARK EQUIPMENT CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10267 JLT

TO: (Name and address of Defendant)

> Mark Equipment Corporation
> 126 Old Page Street
> Stoughton, MA  02072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Randall E. Nash
> 11 Beacon Street, Suite 500
> Boston, MA  02108

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



FEB 09 2004

DATE