```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


WILLIAM RYAN, et al            )
    Plaintiffs,                )
                               )
                               )
                               )
    V.                         )   C.A.04-10267-JLT
                               )
MARK EQUIPMENT CORPORATION,    )
    Defendant.
```

DISMISSAL

TAURO,D.J.

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action is hereby dismissed without prejudice.

By the Court,

/s/

Zita Lovett,
DEPUTY CLERK

Date: August 9, 2005